United States Bankruptcy Court
District of Nevada

In re:  
JOSEPH GILBERT DEVON  
    Debtor

Case No. 24-14627-mkn  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2024      Form ID: 318      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOSEPH GILBERT DEVON, 2752 LIBERATION DRIVE, HENDERSON, NV 89044-0310 |
| 12398660 | + | Bank of America, c/o David B. Wheeler, Moore & VanAllen, 78 Wentworth Street, Charleston, SC 29401-1428 |
| 12398659 | + | Bank of America, c/o Daniel J. Lee, Esq., 555 South Flower street, Suite 2900, Los Angeles, CA 90071-2407 |
| 12398664 | + | Dept of Industrial Relations, Acct No xx-xx-xxxxxx & xx-xx-xx3457, Labor Commissioner's Office, 320 West 4th Street, Suite #450, Los Angeles, CA 90013-2479 |
| 12398665 | + | Diamond Web Services, Inc., c/o Robert Cuadra, 2617 Calanques Terrace, Henderson, NV 89044-0464 |
| 12398667 | + | Fox Capital Group, Inc., c/o Jeffrey G. Sloane, 510 South 8th Street, Las Vegas, NV 89101-7003 |
| 12398668 | + | Global Merchant Cash Inc., 64 Beaver Street, #415, New York, NY 10004-2508 |
| 12398669 | + | ITREX Group USA Corporation, Acct No xxxxxxxx2193, c/o Jayne M. Saydah, Esq., 1835 Minutemen Cswy, Unit 204, Cocoa Beach, FL 32931-2072 |
| 12398673 | + | Leslie Talaue, c/o ENGELS JANZEN, 600 Anton Blvd., Floor 11, Costa Mesa, CA 92626-7100 |
| 12398674 | + | Libertas Funding LLC, c/o Bennett Tueller Johnson & Deere, 3165 East Millrock Drive, #500, Salt Lake City, UT 84121-4704 |
| 12398675 | + | Lorraine Hebard, c/o Christopher Engels, Esq., 2900 Bristol Street, G205, Costa Mesa, CA 92626-7915 |
| 12398676 | + | Metro Express Lanes, Acct No xxx1479, 20101 Hamilton Avenue, Suite 100A, Torrance, CA 90502-1376 |
| 12398680 | + | Robert Cuadra, 2617 Calanques Terrace, Henderson, NV 89044-0464 |
| 12398681 | + | Startup Devs, Inc., c/o Robert Cuadra, 2617 Calanques Terrace, Henderson, NV 89044-0464 |
| 12398682 | + | State of California, Acct No xx-xx-xxxxxx & xx-xx-xx3457, Labor Commissioner's Office, 1500 Hughes Way, Suite C-202, Long Beach, CA 90810-1882 |
| 12398683 | + | State of Nevada, Acct No xx-xxx2-457, -195, -204, Division of Indutrial Relations, 3360 W. Sahara Avenue, Suite 250, Las Vegas, NV 89102-6091 |
| 12398684 | + | State of Nevada, Acct No xxxxxxxxxxx342G, Division of Indutrial Relations, 3360 W. Sahara Avenue, Suite 250, Las Vegas, NV 89102-6091 |
| 12398687 | + | TriNet HR III, Inc., One Park Place, Suite 600, Dublin, CA 94568-7983 |
| 12398694 | | UV Insurance, Inc., Acct No xx4905, c/o Oligny & Thibodeau Inc., 200 MacDonald Street #402, Saint-Jean-sur-Richelieu Quebec J3B 8J6 |
| 12398691 | | Us Bank, Acct No xxxxxxxxxxxx8055, Cb Disputes, Saint Louis, MO 63166 |
| 12398695 | + | Wilson Elser Moskowitz Edelman & Dicker, 555 South FLower Street, #2900, Los Angeles, CA 90071-2407 |
| 12398696 | | Yeshaya Gorkin, Esq., P.O. Box 605, New York, NY 10038 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: BSDKROHN.COM | Dec 11 2024 05:17:00 | SHELLEY D. KROHN, SHELLEY D KROHN, LTD, P.O. BOX 34690, LAS VEGAS, NV 89133-4690 |
| tr | + | EDI: FLESCHWARTZER.COM | Dec 11 2024 05:17:00 | LENARD E. SCHWARTZER, LENARD E. SCHWARTZER, TRUSTEE, 6655 WEST SAHARA AVE, SUITE B200-107, LAS VEGAS, NV 89146-2832 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Dec 11 2024 00:17:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Dec 11 2024 00:17:00 | American Express National Bank, AENB, American Express National Bank, AENB, c/o Zwicker & Associates P.C., PO Box 9043, Andover, MA 01810, UNITED STATES 01810-0943 |
| 12456888 | + | Email/Text: bkfilings@zwickerpc.com | | |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 318 | Total Noticed: 47 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 11 2024 00:17:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 12398658 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 00:31:41 | Amex, Acct No xxxxxxxxxxxx2853, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 12398661 | + | EDI: EDD.COM | Dec 11 2024 05:17:00 | California Employment Development Dept, Acct No xxxx-xxx2752, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 12398662 | + | EDI: CITICORP | Dec 11 2024 05:17:00 | Citicard, Acct No 8747, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 12398663 | + | EDI: WFNNB.COM | Dec 11 2024 05:17:00 | Comenitybank/trwrdsv, Acct No xxxxxxxxxxxx2221, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 12398666 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 11 2024 00:17:00 | FNBO, Acct No xxxxxx5247, 1620 Dodge Street, STOP Code 3113, Omaha, NE 68197 |
| 12398671 | | EDI: JPMORGANCHASE | Dec 11 2024 05:17:00 | Jpmcb, Acct No xxxxxxxxxxxx0899, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 12398672 | | EDI: JPMORGANCHASE | Dec 11 2024 05:17:00 | Jpmcb, Acct No xxxxxxxxxxxx1471, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 12398670 | + | EDI: JEFFERSONCAP.COM | Dec 11 2024 05:17:00 | Jefferson Capital Systems, LLC, Acct No xxxxxx5247, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 12398677 | | Email/Text: compliance@monarchrm.com | Dec 11 2024 00:17:00 | Monarch Recovery Management, Acct No xxxxx2285, P.O. Box 986, Bensalem, PA 19020 |
| 12471371 | | EDI: Q3G.COM | Dec 11 2024 05:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 12398678 | + | Email/Text: ngisupport@radiusgs.com | Dec 11 2024 00:17:00 | Radius Global Solutions LLC, Acct No xxxxx2285, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 12398679 | + | Email/Text: bkdepartment@rtresolutions.com | Dec 11 2024 00:17:00 | Real Time Resolutions, Inc., Acct No xxxxx2285, P.O. Box 566027, Dallas, TX 75356-6027 |
| 12398685 | + | Email/Text: closures@collectmoore.com | Dec 11 2024 00:17:00 | The Moore Law Group, P.O. Box 25145, Santa Ana, CA 92799-5145 |
| 12398686 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 11 2024 00:17:00 | Transworld Systems Inc., Acct No xxxxxxxxxxxx342G, Collection Agency, 500 Virginia Dr. Suite 514, Fort Washington, PA 19034-2733 |
| 12398688 | | EDI: USBANKARS.COM | Dec 11 2024 05:17:00 | US Bank, Acct No xxxxxxxxx7112, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 12398692 | | EDI: USBANKARS.COM | Dec 11 2024 05:17:00 | US Bank, Acct No xxxxxxxxxxxx8055, P.O. Box 108, Saint Louis, MO 63166 |
| 12398689 | | EDI: USBANKARS.COM | Dec 11 2024 05:17:00 | Us Bank, Acct No xxxxx1379, Attn: Bankruptcy, 800 Nicollett Mall, Minneaplois, MN 55402 |
| 12398690 | | EDI: USBANKARS.COM | Dec 11 2024 05:17:00 | Us Bank, Acct No xxxxx2285, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 12398693 | + | Email/Text: PDELINQ@sba.gov | Dec 11 2024 00:17:00 | US Small Business Administration, Acct No xxxxxx9108, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 12398697 | + | Email/Text: bkfilings@zwickerpc.com | Dec 11 2024 00:17:00 | Zwicker & Assocoates, P.C., Acct No xxxxxxxxxxxx2853, Attorneys at Law, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 25

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2024 | Form ID: 318 | Total Noticed: 47 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LENARD E. SCHWARTZER | trustee@schwartzerlaw.com<br>lbenson@schwartzerlaw.com;jelliott@schwartzerlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net |
| SHELLEY D. KROHN | on behalf of Debtor JOSEPH GILBERT DEVON shelley@krohnlawoffice.com<br>brenda@krohnlawoffice.com;d.sr70779@notify.bestcase.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | JOSEPH GILBERT DEVON<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1683<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of Nevada | | |
| Case number:    24–14627–mkn | | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   JOSEPH GILBERT DEVON

<u>12/10/24</u>                                                                           **By the court:**   <u>MIKE K. NAKAGAWA</u>
                                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**