United States Bankruptcy Court
District of Nevada

In re:     Case No. 24-14627-mkn
JOSEPH GILBERT DEVON     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2     User: admin     Page 1 of 3
Date Rcvd: May 01, 2025     Form ID: pdf810     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOSEPH GILBERT DEVON, 2752 LIBERATION DRIVE, HENDERSON, NV 89044-0310 |
| 12398660 | + | Bank of America, c/o David B. Wheeler, Moore & VanAllen, 78 Wentworth Street, Charleston, SC 29401-1428 |
| 12398659 | + | Bank of America, c/o Daniel J. Lee, Esq., 555 South Flower street, Suite 2900, Los Angeles, CA 90071-2407 |
| 12398664 | + | Dept of Industrial Relations, Acct No xx-xx-xxxxxx & xx-xx-xx3457, Labor Commissioner's Office, 320 West 4th Street, Suite #450, Los Angeles, CA 90013-2479 |
| 12398665 | + | Diamond Web Services, Inc., c/o Robert Cuadra, 2617 Calanques Terrace, Henderson, NV 89044-0464 |
| 12398667 | + | Fox Capital Group, Inc., c/o Jeffrey G. Sloane, 510 South 8th Street, Las Vegas, NV 89101-7003 |
| 12398668 | + | Global Merchant Cash Inc., 64 Beaver Street, #415, New York, NY 10004-2508 |
| 12398669 | + | ITREX Group USA Corporation, Acct No xxxxxxxx2193, c/o Jayne M. Saydah, Esq., 1835 Minutemen Cswy, Unit 204, Cocoa Beach, FL 32931-2072 |
| 12398673 | + | Leslie Talaue, c/o ENGELS JANZEN, 600 Anton Blvd., Floor 11, Costa Mesa, CA 92626-7100 |
| 12398674 | + | Libertas Funding LLC, c/o Bennett Tueller Johnson & Deere, 3165 East Millrock Drive, #500, Salt Lake City, UT 84121-4704 |
| 12398675 | + | Lorraine Hebard, c/o Christopher Engels, Esq., 2900 Bristol Street, G205, Costa Mesa, CA 92626-7915 |
| 12398676 | + | Metro Express Lanes, Acct No xxx1479, 20101 Hamilton Avenue, Suite 100A, Torrance, CA 90502-1376 |
| 12398680 | + | Robert Cuadra, 2617 Calanques Terrace, Henderson, NV 89044-0464 |
| 12398681 | + | Startup Devs, Inc., c/o Robert Cuadra, 2617 Calanques Terrace, Henderson, NV 89044-0464 |
| 12398682 | + | State of California, Acct No xx-xx-xxxxxx & xx-xx-xx3457, Labor Commissioner's Office, 1500 Hughes Way, Suite C-202, Long Beach, CA 90810-1882 |
| 12398683 | + | State of Nevada, Acct No xx-xxx2-457, -195, -204, Division of Indutrial Relations, 3360 W. Sahara Avenue, Suite 250, Las Vegas, NV 89102-6091 |
| 12398684 | + | State of Nevada, Acct No xxxxxxxxxxx342G, Division of Indutrial Relations, 3360 W. Sahara Avenue, Suite 250, Las Vegas, NV 89102-6091 |
| 12398687 | + | TriNet HR III, Inc., One Park Place, Suite 600, Dublin, CA 94568-7985 |
| 12398694 | | UV Insurance, Inc., Acct No xx4905, c/o Oligny & Thibodeau Inc., 200 MacDonald Street #402, Saint-Jean-sur-Richelieu Quebec J3B 8J6 |
| 12398691 | | Us Bank, Acct No xxxxxxxxxxxx8055, Cb Disputes, Saint Louis, MO 63166 |
| 12398695 | + | Wilson Elser Moskowitz Edelman & Dicker, 555 South FLower Street, #2900, Los Angeles, CA 90071-2407 |
| 12398696 | | Yeshaya Gorkin, Esq., P.O. Box 605, New York, NY 10038 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 02 2025 01:18:00 | American Express National Bank, AENB, American Express National Bank, AENB, c/o Zwicker & Associates P.C., PO Box 9043, Andover, MA 01810, UNITED STATES 01810-0943 |
| 12456888 | + | Email/Text: bkfilings@zwickerpc.com | May 02 2025 01:18:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 12398658 | + | Email/PDF: bncnotices@becket-lee.com | May 02 2025 01:40:20 | Amex, Acct No xxxxxxxxxxxx2853, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 12398661 | + | Email/Text: itcdbg@edd.ca.gov | May 02 2025 01:18:00 | California Employment Development Dept, Acct No xxxx-xxx2752, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 12398662 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2025 | Form ID: pdf810 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | May 02 2025 02:38:08 | Citicard, Acct No 8747, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 12398663 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 02 2025 01:18:00 | Comenitybank/trwrdsv, Acct No xxxxxxxxxxxx2221, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 12398666 | | Email/Text: collecadminbankruptcy@fnni.com | May 02 2025 01:17:00 | FNBO, Acct No xxxxxx5247, 1620 Dodge Street, STOP Code 3113, Omaha, NE 68197 |
| 12488246 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 02 2025 01:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 12398670 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2025 01:18:00 | Jefferson Capital Systems, LLC, Acct No xxxxxx5247, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 12398672 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2025 01:43:16 | Jpmcb, Acct No xxxxxxxxxxxx1471, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 12398671 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 02 2025 02:14:12 | Jpmcb, Acct No xxxxxxxxxxxx0899, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 12398677 | | Email/Text: compliance@monarchrm.com | May 02 2025 01:17:00 | Monarch Recovery Management, Acct No xxxxx2285, P.O. Box 986, Bensalem, PA 19020 |
| 12471371 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2025 01:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 12398678 | + | Email/Text: ngisupport@radiusgs.com | May 02 2025 01:17:00 | Radius Global Solutions LLC, Acct No xxxxx2285, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 12398679 | + | Email/Text: bkdepartment@rtresolutions.com | May 02 2025 01:18:00 | Real Time Resolutions, Inc., Acct No xxxxx2285, P.O. Box 566027, Dallas, TX 75356-6027 |
| 12398685 | + | Email/Text: closures@collectmoore.com | May 02 2025 01:17:00 | The Moore Law Group, P.O. Box 25145, Santa Ana, CA 92799-5145 |
| 12398686 | + | Email/Text: bankruptcydepartment@tsico.com | May 02 2025 01:18:00 | Transworld Systems Inc., Acct No xxxxxxxxxxxx342G, Collection Agency, 500 Virginia Dr. Suite 514, Fort Washington, PA 19034-2733 |
| 12492217 | + | Email/Text: PDELINQ@sba.gov | May 02 2025 01:17:00 | U.S. Small Business Administration, 14925 Kingsport Road, Ft. Worth, TX 76155-2243 |
| 12398688 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 02 2025 01:18:00 | US Bank, Acct No xxxxxxxxx7112, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 12398692 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 02 2025 01:18:00 | US Bank, Acct No xxxxxxxxxxxx8055, P.O. Box 108, Saint Louis, MO 63166 |
| 12398689 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 02 2025 01:18:00 | Us Bank, Acct No xxxxx1379, Attn: Bankruptcy, 800 Nicolett Mall, Minneaplois, MN 55402 |
| 12398690 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 02 2025 01:18:00 | Us Bank, Acct No xxxxx2285, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 12398693 | + | Email/Text: PDELINQ@sba.gov | May 02 2025 01:17:00 | US Small Business Administration, Acct No xxxxxx9108, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 12398697 | + | Email/Text: bkfilings@zwickerpc.com | May 02 2025 01:18:00 | Zwicker & Assocoates, P.C., Acct No xxxxxxxxxxxx2853, Attorneys at Law, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 24

## BYPASSED RECIPIENTS

District/off: 0978-2 | User: admin | Page 3 of 3
Date Rcvd: May 01, 2025 | Form ID: pdf810 | Total Noticed: 46

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A. |
| 12488247 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHAD C. BUTTERFIELD | on behalf of Creditor Bank of America  N.A. chad.butterfield@wilsonelser.com, efilelasvegas@wilsonelser.com;jillian.forrest@wilsonelser.com;CLemley@wiley.law |
| LENARD E. SCHWARTZER | trustee@schwartzerlaw.com lbenson@schwartzerlaw.com;jelliott@schwartzerlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net |
| SHELLEY D. KROHN | on behalf of Debtor JOSEPH GILBERT DEVON shelley@krohnlawoffice.com brenda@krohnlawoffice.com;d.sr70779@notify.bestcase.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 4

LENARD E. SCHWARTZER
6655 West Sahara Ave., Suite B200-107
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No. BK-S 24-14627-MKN |
|---|---|
| JOSEPH GILBERT DEVON | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor | TRUSTEE'S NOTICE OF ASSETS AND NOTICE TO FILE CLAIMS |

  NOTICE IS HEREBY GIVEN, pursuant to Bankruptcy Rule 3002(c)(5), that the Trustee has found assets in this bankruptcy estate from which a payment of a dividend appears possible. Any creditor holding a claim against the above-entitled estate may file a proof of claim in the **Office of the Clerk of the Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101.**

  NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a)(7), to be considered for a dividend in accordance with the Rule, a proof of claim must be filed within ninety (90) days after the date of mailing of this notice. The last date to file claims is July 28, 2025.

  NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a), after the expiration of the claims bar date in a Chapter 7 case, all notices required by Fed R. Bank P. 2002(a), except Fed. R. Bank. P. 2002(a)(4), may be mailed only to creditors whose claims have been filed with the Clerk of the Court and to creditors, if any, who are permitted to file claims by reason of an extension granted under Fed. R. Bank. P. 3002(c)(6).

DATED: April 29, 2025

            */s/ Lenard E. Schwartzer*
            Lenard E. Schwartzer, Trustee

**NOTE: CLAIMS ARE TO BE FILED AT THE U.S. BANKRUPTCY COURT,
300 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101
CLAIMS NOT FILED BY THE BAR DATE ARE GENERALLY NOT ALLOWED**

BLANK PAGE

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim) _____
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name _____
Number     Street
City                State        ZIP Code
Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____
Number     Street
City                State        ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ____/____/____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                              Proof of Claim                              page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|
| 7. How much is the claim? | $_____. Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. Is all or part of the claim secured? | ☐ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☐ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____ |
| 11. Is this claim subject to a right of setoff? | ☐ No<br>☐ Yes. Identify the property: _____ |

Official Form 410            Proof of Claim           page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check one:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>\* *Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.* | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
First name    Middle name    Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number    Street

_____
City    State    ZIP Code

Contact phone _____    Email _____

Official Form 410                    Proof of Claim                    page 3