Lenard E. Schwartzer
6655 W. Sahara Avenue
Suite B200-107
Las Vegas, Nevada 89146
Telephone: (702) 307-2022
E-Mail: trustee@schwartzerlaw.com
*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JOSEPH GILBERT DEVON<br><br>Debtor. | Case No. BK-S-24-14627-MKN<br><br>Chapter 7<br><br>**STIPULATION TO WITHDRAW CLAIM NO. 7 OF NV DIVISION OF INDUSTRIAL RELATIONS- WORKERS COMP IN THE AMOUNT OF $1,202.04** |

LENARD E. SCHWARTZER, Chapter 7 Trustee, and Creditor NV DIVISION OF INDUSTRIAL RELATIONS- WORKERS COMP, by and through their counsel MAYLI ALARCON-WOLKENHAUER stipulate and agree that Claim No. 7 filed on May 20, 2025, by Creditor NV DIVISION OF INDUSTRIAL RELATIONS- WORKERS COMP shall be withdrawn in its entirety.

DATED: September 8, 2025

/s/Lenard E. Schwartzer

Lenard E. Schwartzer
*Chapter 7 Trustee*

Mayli Alarcon-Wolkenhauer
*Counsel for NV Division of Industrial Relations- Workers Comp*