LENARD E. SCHWARTZER
6655 W. Sahara Avenue, Suite B200-107
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 24-14627-MKN |
| JOSEPH GILBERT DEVON, | IN PROCEEDINGS UNDER CHAPTER 7 |
| | NOTICE OF ENTRY OF ORDER |
| Debtor. | |

### NOTICE OF ENTRY OF ORDER

PLEASE TAKE NOTICE that an ORDER APPROVING STIPULATION TO WITHDRAW CLAIM NO. 7 OF NV DIVISION OF INDUSTRIAL RELATIONS-WORKERS COMP IN THE AMOUNT OF $1,202.04 was entered by the above-entitled Court on September 10, 2025. A copy of the Order is attached hereto, marked Exhibit 1, and incorporated herein by reference.

DATED:  September 16, 2025

/s/Lenard E. Schwartzer
_____
Lenard E. Schwartzer
Trustee

*signature*
**Honorable Mike K. Nakagawa**
United States Bankruptcy Judge

Entered on Docket
September 10, 2025

Lenard E. Schwartzer
6655 W. Sahara Avenue
Suite B200-107
Las Vegas, Nevada 89146
Telephone:     (702) 307-2022
E-Mail:     trustee@schwartzerlaw.com
*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-24-14627-MKN |
|---|---|
| JOSEPH GILBERT DEVON | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION TO WITHDRAW CLAIM NO. 7 OF NV DIVISION OF INDUSTRIAL RELATIONS- WORKERS COMP IN THE AMOUNT OF $1,202.04** |

The Court having considered the Stipulation between the Chapter 7 Trustee and Creditor NV DIVISION OF INDUSTRIAL RELATIONS- WORKERS COMP and good cause appearing therefor,

/ / / / /

/ / / / /

EXHIBIT "1"

Stipulation                                                                 Page 1 of 2

1  IT IS HEREBY ORDERED that the Stipulation is APPROVED and Claim No. 7 of NV
2  DIVISION OF INDUSTRIAL RELATIONS- WORKERS COMP in the amount of $1,202.04 is
3  hereby WITHDRAWN.

/s/Lenard E. Schwartzer
Lenard E. Schwartzer
*Chapter 7 Trustee*

Mayli Alarcon-Wolkenhauer
*Counsel for NV Division of Industrial Relations- Workers Comp*